# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

BRYAN K. HAMPTON                          CIVIL ACTION NO. 14-0535
    LA. DOC #347171

VERSUS                                                   SECTION P

                                                  JUDGE ROBERT G. JAMES

LARRY COX, ET AL.                          MAGISTRATE JUDGE KAREN L. HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**MONROE, LOUISIANA, this 3rd day of October, 2014.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE